DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WELLS FARGO BANK, N.A.,** as Trustee, on behalf of the holders of
Structured Asset Mortgage Investments II, Inc. and
**BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR,**
Mortgage Pass-Through Certificates, Series 2006-AR5,
Appellants,

v.

**THANYAKORN ATSAWAMAHAKUL, NISSIM SHANI, MICHELE SHANI,**
and **BANK OF AMERICA, N.A.,**
Appellees.

No. 4D21-3532

[November 2, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea R. Gundersen, Judge; L.T. Case No. CACE17-012278.

Jonathan R. Rosenn and Adam B. Leichtling of Lapin & Leichtling, LLP, Coral Gables, for appellant.

Joseph J. Huss, Cary A. Lubetsky, and Lynette Ebeoglu McGuinness of Krinzman Huss Lubetsky Feldman & Hotte, Fort Lauderdale, for appellees Nissim Shani and Michele Shani.

Tricia J. Duthiers and Elizabeth A. Henriques of Liebler Gonzalez & Portuondo, Miami, for appellee Bank of America, N.A.

PER CURIAM.

*Affirmed.  See Wells Fargo Bank, N.A. v. Tan*, 320 So. 3d 782 (Fla. 4th DCA 2021).

MAY, GERBER and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***